UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| The Cincinnati Insurance Company, | Civil No.:  11-CV-2509 PAM/JJG |
| Plaintiff, | |
| v. | **ORDER** |
| Cover-All Building Systems, Inc., | |
| Defendant. | |

Pursuant to the Notice of Voluntary Dismissal Without Prejudice (Doc. No. 2), **IT IS ORDERED** that this case is voluntarily **DISMISSED WITHOUT PREJUDICE**, without costs to any party.

BY THE COURT:

Date: <u>October  27, 2011</u>     s/Paul A. Magnuson
Paul A. Magnuson
U.S. DISTRICT COURT JUDGE